429 A.2d 745

Commonwealth v. Sherman, Appellant.

Sub-mitted March 21, 1980. James A. Downey, III, for appellant; Michael Kane, District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

429 A.2d 745

Commonwealth ex rel. Moyer v. Facchiano.

Appeal of Joanne Moyer.

Argued September 10, 1980. Lorenzo W. Crowe, Jr., for appellant; Milton J. Goodman, for appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.